UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNARD D. GROSS,

         Plaintiff,

   v.

INTERNATIONAL STAGE LINES INC.,

         Defendant.

CASE NO. 2:21-CV-428-JCC-DWC

ORDER DENYING MOTION TO AMEND CASE SCHEDULE

Presently before the Court is the parties' Stipulated Motion to Amend the Case Schedule. Dkt. 26. The parties request the Court extend the parties' expert disclosure deadlines, deadline to file motions related to discovery, discovery deadline, and dispositive motion deadline by one month. *Id.* The parties request the remaining deadlines, including the October 24, 2022 trial date, remain unchanged. *Id.*

This matter has been referred to the undersigned by the Honorable John C. Coughenour. Dkt. 9. As this case is referred to a United States Magistrate Judge, the current Order Setting Trial Date and Related Dates (Dkt. 23) establishes a period of time of more than four months between the dispositive motion deadline and the trial date to allow adequate time for dispositive

motions to be resolved before trial. *See* Dkt. 23. The parties' proposed dispositive date does not allow adequate time to decide dispositive motions in this case. Therefore, the Stipulated Motion to Amend Case Schedule (Dtkt. 26) is denied.

The parties may file a renewed stipulated motion requesting a one month extension of the deadlines for the parties' expert disclosures, the deadline to file motions related to discovery and the discovery deadline, but leaving the deadline for dispositive motions unchanged. Or, the parties may file a stipulated motion requesting an extension of all dates, including the trial date. The Court notes if the parties request the trial date be moved, the Court may move the trial date to the end of the Court's trial calendar.

Dated this 30th day of December, 2021.

David W. Christel
United States Magistrate Judge