THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| RAYNARD D. GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL STAGE LINES, INC.,<br><br>    Defendant. | CAUSE NO. 2:21-CV-00428-JCC-DWC<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**(Clerk's Action Required)** |

## **ORDER**

THIS MATTER, having come regularly before the Court, based upon the stipulation filed herewith pursuant to FRCP 41(a)(1)(A)(ii) for the dismissal of all claims brought by all parties or that could have been brought by any party in the above-captioned action; and the Court being fully advised; now therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims brought by all parties or that could have been brought by any party in this action are dismissed with prejudice in their entirety and without award of fees or costs to any party.

(Signatures on page 2)

//

DATED this 11th day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

HOLT WOODS & SCISCIANI LLP


By: *s/Jonathan Dirk Holt*
By: *s/Kelsey L. Shewbert*
By: *s/Sebastian G. Toth*
Jonathan Dirk Holt, WSBA No. 28433
dholt@hwslawgroup.com
Kelsey L. Shewbert, WSBA No. 51214
kshewbert@hwslawgroup.com
Sebastian G. Toth, WSBA No. 51348
stoth@hwslawgroup.com
Attorneys for Defendant


CONNELLY LAW OFFICES, PLLC


By: *s/Lincoln C. Beauregard*
Lincoln C. Beauregard, WSBA No. 32878
lincolnb@connelly-law.com
Attorney for Plaintiff


SEARS INJURY LAW, PLLC


By: *s/Robert Sears*
Robert Sears, WSBA No. 52828
rob@searsinjurylaw.com
Attorney for Plaintiff

[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE (CAUSE NO. 2:21-CV-00428-JCC-DWC) - Page 2

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065